IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS HEALTH AND WELFARE FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS DEFERRED SAVINGS FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND, AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND, <br><br> Plaintiffs, <br><br> v. <br><br> HUNTER DRYWALL AND TAPING, INC., an Illinois corporation, and HERMINIO MONTES, individually <br> Defendant. | No. 13 C 1340 <br><br> Judge Kennelly |

PLAINTIFFS' MOTION TO REINSTATE AND FOR ENTRY OF JUDGMENT

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, and ARNOLD AND KADJAN, move this Court to reinstate this action and enter Judgment in favor of Plaintiffs and against the Defendants. In support of their Motion, the Plaintiffs state as follows:

1. On November 12, 2013, this Court entered an Agreed Order of Dismissal. Defendants were required to make payments in accordance with the schedule set forth in the Order. See Exhibit 1, paragraph 4.

2. Defendants defaulted on the schedule by failing to make the payments as required on December 1, 2014, January 1, 2015, and February 1, 2015. The payment plan is in default.

3. Plaintiffs so notified counsel for the Defendants of the default and have been advised that payments should be forthcoming, but no payments have been received after December 30, 2014.

4. Upon default, the balance is immediately due and owing. According to the Affidavit of Sarah Radtke, attached as Exhibit 2, $42,754.11 is the balance that is due.

WHEREFORE, Plaintiffs pray that this Court grant the following relief:

A. Reinstate case no. 13 CV 1340; and

B. Enter final judgment in favor of Plaintiffs and against the Defendants, jointly and severally in the amount of $42,754.11. (Proposed order attached as Exhibit 3).

Respectfully submitted,

TRUSTEES OF THE CHICAGO PAINTERS et al,

S/ James R. Anderson
One of their attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ARNOLD AND KADJAN
203 North LaSalle Street, Suite 1650
Chicago, Illinois 60601
(312)477-7665